# Exhibit B



U.S. Department of Justice

Criminal Division

---

*Office of Enforcement Operations*　　　　　　　　　　Washington, D.C. 20530

**VIA Electronic Mail**　　　　　　　　　　September 16, 2025

　　　　　　　　　　　　　　　　　　Request No. CRM-302349203

Mr. Kayvan Farchadi　　　　　　　　　Subject: Data Sharing Agreements Between
kfarchadi@citizensforethics.org　　　　　　　　DOJ and State or Election Officials

Dear Mr. Farchadi:

　　This acknowledges receipt of your Freedom of Information Act (FOIA) request dated, September 4, 2025 seeking records maintained by the Criminal Division concerning the above-mentioned subject. Your request was received in this Office on September 4, 2025. The request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request.

☒　　We have not yet made a decision on your request for a fee waiver. We will do so after we determine whether the processing of your request will result in any assessable fees.

☒　　We have not yet made a decision on your request for preferred fee status. We will do so after we determine whether the processing of your request will result in any assessable fees.

☒　　Your request for expedited treatment has been:

　　☐　　Granted. Accordingly, your request has been assigned to a Government Information Specialist in this Office and we will respond to your request as soon as practicable.

　　☒　　Denied. You have requested expedited processing of your request pursuant to 28 C.F.R. § 16.5(e)(1)(iv). Pursuant to U.S. Department of Justice policy, we directed your request to the Director of Public Affairs, who makes the decision whether to grant or deny expedited processing under this standard. The Director has determined that your request for expedited processing should be denied. Please be advised that, although your request for expedited processing has been denied, it has been assigned to a Government Information Specialist for processing. If you are not satisfied with this response, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account on the following website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically

2

transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

I assure you that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact me by telephone at (202) 616-0307, by email at crm.foia@usdoj.gov, or by mail at FOIA/PA Unit, Criminal Division, U.S. Department of Justice, 950 Constitution Avenue NW, Washington, DC 20530-0001.

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

FOIA/PA Unit
Criminal Division
U.S. Department of Justice