# Exhibit C



**U.S. Department of Justice**

Civil Division, FOIA and Privacy Office
Room 8400
1100 L Street, NW
Washington, DC 20530

September 8, 2025

Kayvan Farchadi  Request No.   145-FOI-22191
Centers for Responsibility & Ethics
 In Washington
kfarchadi@citizensforethics.org
foia@citizensforethics.org

Dear Kayvan Farchadi:

    This letter acknowledges receipt of your Freedom of Information Act (FOIA) request dated and received in this office on September 4, 2025, in which you requested: (1) data sharing agreements between the Department of Justice and any state or election official providing access to personally identifiable information (PII), and (2) policies, determinations, or conclusions concerning DOJ's legal basis for requesting PII held by election officials, the use of any such PII, and any safeguards for such PII.

    You requested expedited processing of your FOIA request pursuant to the Department's standard permitting expedition for requests involving "[a]n urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information."  *See* 28 C.F.R. § 16.5(e)(1)(ii).  You also requested expedited processing of your request pursuant to the Department's standard involving "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence." 28 C.F.R. § 16.5(e)(1)(iv).  Pursuant to Department policy, your request has been directed to the Director of the Department's Office of Public Affairs (PAO), who makes the decision whether to grant or deny expedited processing under this standard.  *See id.* at § 16.5(e)(2).

    Based on the information you have provided, I have determined that your request for expedited processing under standard ii should be denied.  This Office cannot identify a particular urgency to inform the public about an actual or alleged federal government activity beyond the public's right to know about government activities generally.  As of the date of this letter, a decision by the Director of PAO on your expedition request under standard iv is still pending.  Once we receive a decision, we will promptly notify you.  Nevertheless, please be advised that your request has been assigned to a Government Information Specialist in this Office for processing.

    We have not yet made a determination as to whether fees will be applicable to your FOIA request. If we later determine that fees are applicable or need more information to make that determination, we will contact you before any fees are accrued to discuss your options. A request for a fee waiver will only be adjudicated after a determination has first been made that fees are applicable to a FOIA request.

If you have any questions, you may contact our FOIA Public Liaison by telephone at 202-514-2319 or you may write to civil.routing.foia@usdoj.gov or to the FOIA and Privacy Office, Civil Division, Department of Justice, Room 8400, 1100 L Street NW, Washington, DC 20530. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with the Civil Division's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

Sincerely,

Brian Flannigan
Chief, FOIA and Privacy Office