# Exhibit D



**U.S. Department of Justice**

Civil Division, FOIA and Privacy Office
Room 8400
1100 L Street, NW
Washington, DC 20530

September 16, 2025

Kayvan Farchadi  Request No.   145-FOI-22191
Centers for Responsibility & Ethics
   In Washington
kfarchadi@citizensforethics.org
foia@citizensforethics.org

Dear Kayvan Farchadi:

     We previously acknowledged receipt of your Freedom of Information Act (FOIA) request dated and received in this office on September 4, 2025, in which you requested: (1) data sharing agreements between the Department of Justice and any state or election official providing access to personally identifiable information (PII), and (2) policies, determinations, or conclusions concerning DOJ's legal basis for requesting PII held by election officials, the use of any such PII, and any safeguards for such PII.

     At that time, we advised that your request had been directed to the Director of the Department's Office of Public Affairs (PAO), who makes the decision whether to grant or deny expedited processing under the fourth expedition standard.  The Director of PAO has since determined that your request for expedited processing should be denied.  He has determined that your request is not the subject of widespread and exceptional media interest and does not pertain to a matter "in which there exist[s] possible questions about the [federal] government's integrity which affect public confidence."

     The records you seek require a search in another Office of the Civil Division, and so your request falls within "unusual circumstances."  *See* 5 U.S.C. § 552(a)(6)(B)(i)-(iii).  Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute.  We have not yet completed a search to determine whether there are records within the scope of your request.  The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located.  For your information, this office assigns incoming requests to one of three tracks:  simple, complex, or expedited.  Each request is then handled on a first-in, first-out basis in relation to other requests in the same track.  Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer.  At this time, your request has been assigned to the complex track.  You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

     We regret the necessity of this delay, but we assure you that this Office will process your request as soon as possible.

If you have any questions, you may contact our FOIA Public Liaison by telephone at 202-514-2319 or you may write to civil.routing.foia@usdoj.gov or to the FOIA and Privacy Office, Civil Division, Department of Justice, Room 8400, 1100 L Street NW, Washington, DC 20530.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with the Civil Division's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  If possible, please provide a copy of your original request and this response letter with your appeal.

Sincerely,


Brian Flannigan
Chief, FOIA and Privacy Office