# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Citizens for Responsibility and Ethics in Washingt    )
        *Plaintiff*                                )
                                                    )
        v.                                          )   Civil Action No. 25-cv-04426-CKK
        U.S. Department of Justice                  )
                                                    )
        *Defendant*                                )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

Jeanine Ferris-Pirro
US Attorney's Office for the District of Columbia
601 D Street NW
Washington, DC 20004

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kayvan Farchadi
PO Box 14596
Washington, DC 20044

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date: 12/31/2025

/s/ Jiselle Manohar
*Signature of Clerk or Deputy Clerk*

Civil Action No.  4426

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jeanine Ferris-Pirro, US Attorney's Office for DC

was received by me on *(date)*  12/31/2025  .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I emailed a copy of the summons and complaint by email on January 7, 2026 to usadc.servicecivil@usdoj.gov. I also sent a copy via certified mail to the Civil Process Clerk, US Attorney's Office for the District of Columbia, 601 D Street NW, Washington, DC 20530.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  01/29/2026

/s/ Amanda Bangle
*Server's signature*

Amanda Bangle, Paralegal
*Printed name and title*

CREW
PO Box 14596
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

   Amanda Bangle \<abangle@citizensforethics.org\>

## CREW v. DOJ, 1:25-cv-04426
3 messages

---

**Amanda Bangle** \<abangle@citizensforethics.org\>   Wed, Jan 7, 2026 at 3:26 PM
To: USADC.ServiceCivil@usdoj.gov, Jordan Faria \<jfaria@citizensforethics.org\>, Kayvan Farchadi \<kfarchadi@citizensforethics.org\>

Hello,

Per your office's guidance on Service of Process in Civil Actions under Federal Rule of Civil Procedure 4(i), attached please find for service the summons and complaint in the above-referenced action.

The service package will also be delivered to your office via USPS certified mail.

Please reach out with any concerns.

Respectfully,

--



**Amanda Bangle** (she/her)
Paralegal | Citizens for Responsibility and Ethics in Washington
Office: (202) 408-5565
abangle@citizensforethics.org | www.citizensforethics.org

---

**4 attachments**

 **Summons - USAO.pdf**
570K

 **Complaint and Exhibits.pdf**
2268K

 **Certificate of Disclosure.pdf**
144K

 **Civil Cover Sheet.pdf**
254K

---

**USADC-ServiceCivil** \<USADC.ServiceCivil@usdoj.gov\>   Mon, Jan 12, 2026 at 1:35 PM
To: Amanda Bangle \<abangle@citizensforethics.org\>, USADC-ServiceCivil \<USADC.ServiceCivil@usdoj.gov\>, Jordan Faria \<jfaria@citizensforethics.org\>, Kayvan Farchadi \<kfarchadi@citizensforethics.org\>

The summons and complaint have been received by email, with a service date of January 7, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

**From:** Amanda Bangle <abangle@citizensforethics.org>
**Sent:** Wednesday, January 7, 2026 3:26 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>; Jordan Faria <jfaria@citizensforethics.org>; Kayvan Farchadi <kfarchadi@citizensforethics.org>
**Subject:** [EXTERNAL] CREW v. DOJ, 1:25-cv-04426

Hello,

Per your office's guidance on Service of Process in Civil Actions under Federal Rule of Civil Procedure 4(i), attached please find for service the summons and complaint in the above-referenced action.

The service package will also be delivered to your office via USPS certified mail.

Please reach out with any concerns.

Respectfully,

--

**Amanda Bangle** (she/her)
Paralegal | Citizens for Responsibility and Ethics in Washington
Office: (202) 408-5565
abangle@citizensforethics.org | www.citizensforethics.org

2/2



USPS Certified Mail Receipt — Pamela Bondi, Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530

USPS Certified Mail Receipt — U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530

USPS Certified Mail Receipt — Civil Process Clerk, U.S. Attorney's Office for D.C., 601 D Street, NW, Washington, DC 20530

ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY PROCESSING, TRANS…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703276584394

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 4:45 am on January 14, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
January 14, 2026, 4:45 am

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs