**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

        Plaintiff,

        v.

U.S. DEPARTMENT OF JUSTICE,

        Defendant.

Civil Action No. 25-cv-04426-CKK

**HEARING REQUESTED**

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff Citizens for Responsibility and Ethics in Washington respectfully moves for a preliminary injunction in this Freedom of Information Act ("FOIA") suit against the U.S. Department of Justice ("DOJ"). Because of impending elections and other time-sensitive considerations, the requested injunction would require DOJ to expedite processing of CREW's FOIA requests to the Civil Rights Division and Criminal Division and produce all nonexempt records along with a *Vaughn* index on a rolling basis, processing no fewer than 5,000 pages of potentially responsive records per month. Plaintiff further requests that the Court order DOJ to prioritize processing and production of the following sub-categories of requested records: (1) records reflecting data sharing agreements with any state or local official or private party regarding state voter data, (2) records reflecting agreements with any private contractor retained to assist DOJ in reviewing state voter data, (3) records relating to DOJ's use of the Department of Homeland Security's  "SAVE" system for voter citizenship checks, and (4) privacy or data security policies and procedures for state voter data containing PII.

In support of this motion, Plaintiff submits the attached memorandum of points and authorities, the Declaration of John B. Hill and accompanying exhibits, and a proposed order.

Per Local Civil Rule 65.1(d), Plaintiff respectfully requests that the Court set a hearing at the earliest available date not later than February 20, 2026. As explained in the accompanying memorandum, expedition is essential to prevent irreparable harm to Plaintiff.

Dated: January 30, 2026

Respectfully submitted,

*/s/ Nikhel S. Sus*
Nikhel S. Sus (D.C. Bar No. 1017937)
Kayvan Farchadi (D.C. Bar No. 1672753)
John B. Hill (N.Y. Bar No. 5505508)[+]
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
(202) 408-5565
nsus@citizensforethics.org
kfarchadi@citizensforethics.org
jhill@citizensforethics.org

*Counsel for Plaintiff*

[+]*pro hac vice* pending

2