**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

      Plaintiff,

      v.

U.S. DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No. 25-cv-04426-CKK

**DECLARATION OF JOHN B. HILL**

I, JOHN B. HILL, hereby declare as follows:

1.      I am Senior Litigation Counsel at Citizens for Responsibility and Ethics in Washington ("CREW") and counsel for CREW in the above-captioned action. I make this declaration based on my personal knowledge, through consultation with my colleagues at CREW, and review of CREW's files.

2.      CREW, a non-profit, non-partisan organization organized under section 501(c)(3) of the Internal Revenue Code, is committed to protecting the rights of citizens to be informed about the activities of government officials and agencies, ensuring the integrity of government officials and agencies, and empowering citizens to have an influential voice in government decisions and in the government decision-making process through the dissemination of information about public officials and their actions.

3.      To advance its mission, CREW uses a combination of research, litigation, and advocacy. As part of those efforts, CREW uses government records it obtains under the Freedom of Information Act ("FOIA").

4. CREW disseminates information to the public obtained through FOIA in several ways. CREW reviews and analyzes the records it receives in relation to newsworthy developments regarding, among others, government ethics, corruption, and the influence of money in politics. CREW uses these records to create editorial content, such as reports and commentary, to educate the public about these issues. CREW publishes the aforementioned educational content on its website that receives hundreds of thousands of page views per month.

5. CREW's mission includes exposing information about the activities of government officials and agencies, ensuring the integrity of government officials and agencies, and empowering citizens to have an influential voice in government decisions and in the government decision-making process through the dissemination of information about public officials and their actions.

6. CREW has submitted FOIA requests to the Department of Justice in the past and intends to submit additional requests to DOJ in the future.

7. On September 4, 2025 CREW submitted an expedited FOIA request to DOJ's Criminal Division (the "Criminal Division Request") for records from January 20, 2025, to the date the request is processed pertaining to DOJ's formal or informal data sharing agreements with state or election officials providing access to personally identifiable information ("PII") and related records pertaining to policies, legal determinations, and safeguards to protect PII. CREW sought expedited processing under two provisions: (1) 28 C.F.R. § 16.5(e)(1)(ii), "because there is an 'urgency to inform the public concerning actual or alleged Federal Government activity,' and CREW 'is primarily engaged in disseminating information,'" and (2) 28 C.F.R. § 16.5(e)(1)(iv), "because there is '[a] matter of widespread and exceptional media interest in

which there exist possible questions about the government's integrity which affect public confidence.'" A true and correct copy of the Criminal Division Request is attached as Exhibit A.

8.      On September 16, 2025, the Criminal Division acknowledged receipt of CREW's request and denied CREW's request for expedited processing under 28 C.F.R. § 16.5(e)(1)(iv). The Criminal Division's response provided no justification for that denial and did not address CREW's request for expedited processing under 28 C.F.R. § 16.5(e)(1)(ii). A true and correct copy of this letter is attached as Exhibit B.

9.      On November 4, 2025, CREW submitted an expedited FOIA request to DOJ's Civil Rights Division ("Civil Rights Division Request") for records from January 20 to the date the request is processed pertaining to DOJ's formal or informal data sharing agreements with state or election officials providing access to personally identifiable information ("PII"), DOJ's use of the Systematic Alien Verification for Entitlements ("SAVE") system, and related records pertaining to policies, legal determinations, and safeguards to protect PII. A true and correct copy of the Civil Rights Division Request is attached as Exhibit C. CREW sought expedited processing under two provisions: (1) 28 C.F.R. § 16.5(e)(1)(ii), "because there is an 'urgency to inform the public concerning actual or alleged Federal Government activity,' and CREW 'is primarily engaged in disseminating information,'" and (2) 28 C.F.R. § 16.5(e)(1)(iv), "because there is '[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence.'"

10.      On November 4, 2025, CREW received an automated reply by email from the Civil Rights Division stating that the government was not funded and requesting that CREW resubmit its request upon restoration of funding. A true and correct copy of this email is attached as Exhibit D.

11.     To date, Defendant has provided no further response to CREW's expedited processing or FOIA requests.

12.     CREW has been working on and intends in the future to continue working on issues regarding voter data and privacy. For example, CREW has been informing the public about the Department of Homeland Security's and USCIS's "overhaul" of the SAVE system "into a new tool for conducting citizenship checks to determine eligibility to vote . . . and substantially changes the way benefits eligibility is assessed." *See* Adam Smith, SSA flooded with public comments opposing data abuse, CREW (Jan. 16, 2026), https://perma.cc/KDC9-3SZZ; *see also* Adam Smith, Americans overwhelmingly reject Trump-Vance administration's illegal national citizenship database, CREW (Dec.8, 2025), https://perma.cc/Q6LA-LHJG; Lawsuit challenges Trump administration's illegal national citizenship database, CREW (last updated Jan. 21, 2026), https://perma.cc/WJY3-LY8P.

13.     The records CREW receives in response to the FOIA requests that are the subject of this litigation are directly relevant to this ongoing work.

14.     Consistent with its regular practice, CREW intends to disseminate records it receives in response to the FOIA requests that are the subject of this litigation to the public.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: January 30, 2026                    _John B Hill_____
                                                       John B. Hill


4