**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

       Plaintiff,

       v.

U.S. DEPARTMENT OF JUSTICE,

       Defendant.

Civil Action No. 25-cv-04426-CKK

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Preliminary Injunction, Defendant's response thereto, and the entire record in this case, it is hereby **ORDERED** that:

Plaintiff's Motion for Preliminary Injunction is **GRANTED**; and

it is further **ORDERED** that DOJ shall expedite processing of Plaintiff's FOIA requests to the DOJ's Civil Rights Division and Criminal Division and produce all nonexempt records along with a *Vaughn* index on a rolling basis, processing no fewer than 5,000 pages of potentially responsive records per month, and

it is further **ORDERED** that DOJ shall prioritize processing and production of the following sub-categories of requested records: (1) records reflecting data sharing agreements with any state or local official or private party regarding state voter data, (2) records reflecting agreements with any private contractor retained to assist DOJ in reviewing state voter data, (3) records relating to DOJ's use of the Department of Homeland Security's Systematic Alien Verification for Entitlements system for voter citizenship checks, and (4) privacy or data security policies and procedures for state voter data containing PII; and

2

it is further **ORDERED** that the parties shall submit joint status reports every 30 days, seven days after Defendant's monthly productions are due.

Dated: _____                                    _____

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE