IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 25-04426 |

**DECLARATION OF KAYVAN FARCHADI**

I, KAYVAN FARCHADI, hereby declare as follows:

1. I am Senior Counsel at Citizens for Responsibility and Ethics in Washington ("CREW") and counsel for CREW in the above-captioned action. I make this declaration based on my personal knowledge, through consultation with my colleagues at CREW, and review of CREW's files.

2. On November 4, 2025, via the email address kfarcahdi@citizensforethics.org, I submitted the expedited FOIA request to DOJ's Civil Rights Division at issue in this case. A true and correct copy of my email submitting the Civil Rights Division Request is attached at Exhibit A.

3. The request explicitly requested the communication concerning the request be directed to the same email address from which the request was sent. *See* ECF 8-3, Hill Decl., Ex. C at 7.

4. On November 4, 2025, I received an email from the Civil Rights Division to the same email address from which I submitted the request, stating that the government

was not funded and requesting that CREW resubmit its request upon restoration of funding. A true and correct copy of this email is attached as Exhibit B.

5. I did not contemporaneously receive the Civil Rights Division's January 13, 2026, acknowledgment email, because it was directed only to CREW's generic FOIA inbox foia@citizensforethics.org and not the personal address from which I sent the request. A true and correct copy of this email is attached as Exhibit C.

6. None of CREW's counsel of record in this case learned of the Civil Rights Division's January 13, 2026, acknowledgment email until after CREW filed its Motion for Preliminary Injunction in this case.

7. To date, Defendant has provided no further response to CREW's expedited processing or FOIA requests.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2026         _____
                                  Kayvan Farchadi