# Exhibit A



Kayvan Farchadi <kfarchadi@citizensforethics.org>

## FOIA and Expedited Processing Requests

**Kayvan Farchadi** <kfarchadi@citizensforethics.org>  Tue, Nov 4, 2025 at 2:35 PM
To: CRT.FOIArequests@usdoj.gov
Cc: CREW FOIA <foia@citizensforethics.org>

Good afternoon,

Attached please find CREW's expedited processing and FOIA requests.

Please reach out with any questions or concerns.

Thank you,
Kayvan


--



**Kayvan Farchadi** (he/him)
Senior Counsel | Citizens for Responsibility and Ethics in Washington
Office: (202) 438-6519
kfarchadi@citizensforethics.org | www.citizensforethics.org

📄 **DOJ Civil Rights Division Voter Roll FOIA 11.4.2025.pdf**
561K

# Exhibit B



Kayvan Farchadi <kfarchadi@citizensforethics.org>

## Automatic reply: [EXTERNAL] FOIA and Expedited Processing Requests

**FOIArequests, CRT (CRT)** <CRT.FOIArequests@usdoj.gov>  Tue, Nov 4, 2025 at 2:35 PM
To: Kayvan Farchadi <kfarchadi@citizensforethics.org>

At present, the government has not been funded.   It is uncertain how many days this office will be closed. The FOI/PA Branch will be unable to respond to email nor to telephone messages until funding has been authorized.  Please resubmit your FOIA/PA request upon restoration of government appropriations, thank you.

# Exhibit C



## FOIA Request 26-00045-F (RG3)

**FOIAcomms, CRT (CRT)** <CRT.FOIAcomms@usdoj.gov>　　　　　　　　　　Tue, Jan 13, 2026 at 4:45 PM
To: "foia@citizensforethics.org" <foia@citizensforethics.org>

Dear Mr. Farchadi,

Attached is a letter with information about your FOIA request with the Civil Rights Division of the US Department of Justice.

Regards,

**Robert Green** | Government Information Specialist

U.S. Department of Justice, Civil Rights Division

Office of Chief Counsel, FOIA/Privacy Act Branch

CRT.FOIAcomms@usdoj.gov


**26-00045-F ack.pdf**
216K