## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

      Plaintiff,

   v.

U.S. DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No. 25-4426 (CKK)

## ORDER
(February 19, 2026)

For the reasons stated in the accompanying Memorandum Opinion, is it **ORDERED** that

the [8] Motion for a Preliminary Injunction filed by Plaintiff Citizens for Responsibility and Ethics

in Washington ("CREW") is **GRANTED IN PART** and **DENIED IN PART WITHOUT**

**PREJUDICE**, as follows:

It is **ORDERED** that Defendant U.S. Department of Justice ("DOJ") shall expedite its

processing of CREW's Freedom of Information Act ("FOIA") request to the Criminal Division

dated September 4, 2025, and CREW's FOIA request to the Civil Rights Division dated November

4, 2025, copies of which appear in the record of this case at Dkt. No. 8-3, pages 2–6 and 11–17.

It is further **ORDERED** that DOJ shall produce nonexempt, responsive records on a rolling

basis, accompanied by a *Vaughn* index if appropriate.  CREW's request that the Court order a

specific processing rate is **DENIED WITHOUT PREJUDICE**.  CREW may renew this request

upon a showing that DOJ is not producing records in a timely manner and that an order for a

specific processing rate is warranted.

It is further **ORDERED** that, on or before **March 13, 2026**, the parties shall **MEET AND**

**CONFER** in good faith to prioritize among the records to be processed in response to CREW's

FOIA requests and to develop a schedule for expedited processing, with productions to begin as soon as practicable. In developing this schedule, the parties shall prioritize the prompt production of records for which the public interest in disclosure is most urgent and therefore most likely to outweigh other requestors' interest in prompt processing of other FOIA requests.

It is further **ORDERED** that the parties shall file a joint status report on or before **March 20, 2026**, advising the Court of the status of the processing of CREW's FOIA requests, stating the date on which DOJ made or will make its initial production of responsive records, and proposing a schedule for further proceedings, if appropriate.

It is further **ORDERED** that, until further order of this Court, the parties shall continue to file joint status reports every 30 days advising the Court of the status of the processing of CREW's FOIA requests and any other matters requiring the Court's attention.

It is further **ORDERED** that, as a condition of obtaining the relief described in this Order, CREW shall promptly post with the Clerk of the Court an injunction bond in the amount of one hundred dollars ($100.00). This Order granting preliminary relief shall dissolve automatically if the required injunction bond is not posted on or before **February 23, 2026**.

**SO ORDERED.**

**Dated:** February 19, 2026

COLLEEN KOLLAR-KOTELLY
United States District Judge