UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 25-4426 (CKK)

**JOINT MOTION FOR TWO-DAY EXTENSION OF TIME
TO FILE JOINT STATUS REPORT**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant

the Department of Justice ("DOJ"), collectively "the parties," submit this Joint Motion for

Two-Day Extension of Time to File Joint Status Report.

In this FOIA action, April 20, 2026, is the parties' next deadline to "advis[e] the Court of

the status of the processing of CREW's FOIA requests and any other matters requiring the Court's

attention." ECF 14 at 2. Pursuant to the Court's March 24, 2026, Order setting an expedited

processing schedule and directing the parties to meet and confer "to resolve or narrow their

disagreements about the scope of the set of items to be prioritized," ECF 18 at 5, the parties have

met and conferred and agreed to a preliminary set of items for prioritization. DOJ has also made

two interim productions of documents. The parties are continuing to confer about other outstanding

issues. They jointly request a two-day extension of their April 20 Joint Status Report deadline, to

and including April 22, 2026, in hopes of resolving at least one outstanding topic without the Court's intervention.[1]

Dated:  April 20, 2026

Respectfully submitted,

/s/ *Nikhel S. Sus*
Nikhel S. Sus (D.C. Bar No. 1017937)
Kayvan Farchadi (D.C. Bar No. 1672753)
John B. Hill (N.Y. Bar No. 5505508)*
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
(202) 408-5565
nsus@citizensforethics.org
kfarchadi@citizensforethics.org
jhill@citizensforethics.org

*Counsel for Plaintiff*

*appearing pro hac vice

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Samuel G. Settle*
     SAMUEL G. SETTLE
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-7705

*Attorneys for the United States of America*

---

[1]     The parties acknowledge that the Court's Procedures state that motions for extension of time "must be filed at least four (4) business days prior to the first affected deadline." ECF 4 at 3. Because the parties are continuing on an ongoing basis to meet and confer, and because CREW's review of produced documents is similarly ongoing, it was not possible in this instance for the parties to identify in advance that an extension would be required. Nonetheless, the parties believe facilitating ongoing discussions and the possibility of saving the Court's time and resources constitutes good cause for an exception from the Court's Procedures.