UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 25-4426 (CKK)

## **DEFENDANT'S NOTICE CLARIFYING ITS POSITION**

Defendant Department of Justice (DOJ), by undersigned counsel, hereby provides this clarification as directed by the Court's April 23, 2026, Minute Order.[1]

There are additional documents in queue that Defendant expects to release with its next interim production. The next interim production is expected to include letters or communications with a further nine states – Alabama, Georgia, Idaho, Kansas, Louisiana, New Jersey, Rhode Island, Wisconsin, and Wyoming. DOJ is conducting final inquiries to confirm that there are no further responsive records.

\*    \*    \*

---

[1]    Which stated, in relevant part: "It is further ORDERED that, on or before April 24, 2026, DOJ shall clarify its position with respect to the existence and responsiveness of records relating to data-sharing by states that have transmitted voter roll data to DOJ but for which DOJ has not yet produced a corresponding formal or informal agreement to CREW. Specifically, DOJ shall clarify whether such records (1) are in the queue for processing but have not yet been produced, or (2) will not be produced because no responsive records exist." Minute Order, April 23, 2026.

Dated: April 24, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Samuel G. Settle*
SAMUEL G. SETTLE
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-7705
samuel.settle@usdoj.gov

*Attorneys for the United States of America*