**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

      Plaintiff,

      v.

U.S. DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No. 25-cv-4426-CKK

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Enforce or Clarify the Court's February 19

and March 24 Orders, Defendant's response thereto, Plaintiff's Reply, and the entire record in

this case, it is hereby **ORDERED** that:

The Court's February 19 and March 24 Orders apply to records responsive to Plaintiff's

FOIA requests that Defendant has sent to external agencies for "consultation" (the "Consulting

Agencies"). Defendant shall provide the Consulting Agencies with actual notice of this Order

within 24 hours of its entry. Upon receiving actual notice of this Order, the Consulting Agencies

shall process all pages in their possession at a rate of 1,000 pages per week. Defendant shall then

complete processing of, make final determinations on, and complete production of such records

within two weeks of this Order, accompanied by an adequate *Vaughn* index if appropriate; and

The Court finds that Defendant has not completed processing any pages that, as of the

date of this Order, are still pending consultation with the Consulting Agencies; and

Defendant shall produce a revised *Vaughn* index, including adequate detail about all

documents withheld to date for Plaintiff to assess Defendant's exemption claims, within two

weeks of this Order. Any future *Vaughn* index produced by Defendant shall include adequate

detail about all documents withheld for Plaintiff to assess Defendant's exemption claims.


Dated: _____

                           _____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE