UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 25-4426 (CKK) |

## JOINT STATUS REPORT

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant the Department of Justice ("DOJ"), collectively "the parties," submit this status report to apprise the Court of the progress in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

DOJ, through its CRT component, has completed processing and production of all potentially responsive records that were located by its search. All pages that were pending external consult with non-DOJ agencies have been returned, and were produced (with redactions) to CREW on June 18, 2026 ("Interim Response 8").

With search and production complete, DOJ sent CREW a draft version of its final *Vaughn* index on July 17, 2026. CREW is reviewing that draft final index. Once that review is complete, if differences between the Parties remain, the Parties will meet and confer in the hope of narrowing or resolving remaining points of differences.

The Parties propose that they will file another Joint Status Report on or by August 24, 2026, apprising the Court of progress in this matter.

\*      \*      \*

Dated:  July 22, 2026


Respectfully submitted,

| | |
|---|---|
| /s/ *Nikhel S. Sus* | JEANINE FERRIS PIRRO |
| Nikhel S. Sus (D.C. Bar No. 1017937) | United States Attorney |
| Kayvan Farchadi (D.C. Bar No. 1672753) | |
| John B. Hill (N.Y. Bar No. 5505508)* | By: /s/ *Samuel G. Settle* |
| CITIZENS FOR RESPONSIBILITY AND | SAMUEL G. SETTLE |
| ETHICS IN WASHINGTON | Assistant United States Attorney |
| P.O. Box 14596 | 601 D Street, NW |
| Washington, D.C. 20044 | Washington, DC 20530 |
| (202) 408-5565 | (202) 252-7705 |
| nsus@citizensforethics.org | |
| kfarchadi@citizensforethics.org | *Attorneys for the United States of America* |
| jhill@citizensforethics.org | |

*Counsel for Plaintiff*

*admitted *pro hac vice*