UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 25-4426 (CKK) |

**JOINT STATUS REPORT**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant the Department of Justice ("DOJ"), collectively "the parties," submit this status report to apprise the Court of the progress in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

DOJ sent CREW a draft version of its final *Vaughn* index on July 17, 2026. CREW reviewed that draft final index, and replied to DOJ on July 31, 2026, indicating that CREW objected to the sufficiency of the draft index as to certain withholdings and requesting that DOJ provide a revised index. DOJ is reviewing CREW's objections.

The Parties propose that they will file another Joint Status Report on or by September 14, 2026, by which time DOJ anticipates that it will have produced a revised index or otherwise responded to CREW's objections.

*  *  *

Dated: August 14, 2026

Respectfully submitted,

/s/ *Nikhel S. Sus*
Nikhel S. Sus (D.C. Bar No. 1017937)
Kayvan Farchadi (D.C. Bar No. 1672753)
John B. Hill (N.Y. Bar No. 5505508)*
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
(202) 408-5565
nsus@citizensforethics.org
kfarchadi@citizensforethics.org
jhill@citizensforethics.org

*Counsel for Plaintiff*

*admitted *pro hac vice*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Samuel G. Settle*
SAMUEL G. SETTLE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7705

*Attorneys for the United States of America*